**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  Marva Yolanda Daniel                              Case No.  14-34850-KRH
                                                          **Chapter 13**
**Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **September 8, 2014**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4) Other provisions:

Dated: Nov 17 2014                                        /s/ Kevin R. Huennekens
                                                          United States Bankruptcy Judge
RICHMOND, VIRGINIA

I ASK FOR THIS:
                                                          NOTICE OF JUDGMENT OR ORDER
                                                          Entered On Docket  November 18, 2014

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #5578

**PARTIES TO RECEIVE COPIES:**
 **Marva Yolanda Daniel**
 1500 Alaska Drive
 Richmond, VA 23224

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 14-34850-KRH
Marva Yolanda Daniel                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: sewardt               Page 1 of 1               Date Rcvd: Nov 18, 2014
                              Form ID: pdford3            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
db             +Marva Yolanda Daniel,    1500 Alaska Drive,    Richmond, VA 23224-3107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2014 at the address(es) listed below:
              Amy C Czekala    on behalf of Creditor    Waterfall Victoria Mortgage Trust 2010-1
               aczekala@closingsource.net,
               stapp@closingsource.net;vaecf@closingsource.net;gmullen@closingsource.net
              James E. Kane    on behalf of Debtor Marva Yolanda Daniel jkane@kaneandpapa.com,
               Jkanelawfirm@gmail.com;srparalegal.ecf@gmail.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
                                                                                             TOTAL: 3