**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:    **MARVA YOLANDA DANIEL**                    **Case No.  14-34850**

                                                                          **Chapter 13**
            **Debtor(s)**

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the debtor (s) on **MARCH 09,  2015**_____, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1)    the Plan as filed or modified is CONFIRMED.
(2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis* , in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4)    Other provisions:

Dated:_____    Apr 28 2015                    /s/ Kevin R. Huennekens
                                                                     _____
                                                                     United States Bankruptcy Judge
RICHMOND, VIRGINIA

I ASK FOR THIS:
                                                                     NOTICE OF JUDGMENT OR ORDER
                                                                     Entered On Docket ___Apr 29 2015_____

/s/Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979                    SB #31868

**PARTIES TO RECEIVE COPIES:**
MARVA YOLANDA DANIEL
1500 ALASKA DRIVE
RICHMOND, VA  23224

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 14-34850-KRH
Marva Yolanda Daniel                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn          Page 1 of 1              Date Rcvd: Apr 29, 2015
                              Form ID: pdford3         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
db             +Marva Yolanda Daniel,   1500 Alaska Drive,   Richmond, VA 23224-3107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2015 at the address(es) listed below:
          Amy C Czekala    on behalf of Creditor   Waterfall Victoria Mortgage Trust 2010-1
           aczekala@closingsource.net,
           stapp@closingsource.net;vaecf@closingsource.net;gmullen@closingsource.net
          James E. Kane    on behalf of Debtor Marva Yolanda Daniel jkane@kaneandpapa.com,
           Jkanelawfirm@gmail.com;srparalegal.ecf@gmail.com
          Suzanne E. Wade   station08@ricva.net,  ecfsummary@ricva.net
                                                                       TOTAL: 3